IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITY NATIONAL BANK, and<br>FIRST LAUREL SECURITY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE ELEVATOR, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:10-cv-3074 |

**DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Security National Bank and First Laurel Security Company make the following disclosures concerning companies, subsidiaries, partners, limited liability entity members and managers, affiliates and similar entities, as well as unincorporated associations or similar entities.

Security National Bank is a wholly owned subsidiary of First Laurel Security Company. Neither First Laurel Security Company nor Security National Bank are publicly held corporations.

1193472.1

        SECURITY NATIONAL BANK, and
        FIRST LAUREL SECURITY COMPANY,
        Plaintiffs

By:  Terry R. Wittler - #15584
      Richard P. Garden, Jr. - #17685
      CLINE WILLIAMS
      WRIGHT JOHNSON & OLDFATHER, L.L.P.
      1900 U.S. Bank Building
      233 South 13th Street
      Lincoln, NE 68508-2095
      (402) 474-6900

By:  /s/ Terry R. Wittler
      Terry R. Wittler - #15584

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties who have entered an appearance in this case.

      /s/ Terry R. Wittler
      Terry R. Wittler