IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITY NATIONAL BANK, and<br>FIRST LAUREL SECURITY COMPANY, | )<br>)<br>) | CASE: 4:10-cv-03074-RGK-CRZ |
| Plaintiff, | )<br>) | |
| v. | )<br>) | |
| PIERCE ELEVATOR, INC., | )<br>) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT
OF TIME IN WHICH TO ANSWER OR PLEAD**

Pierce Elevator, Inc., Defendant in the above-captioned case, hereby moves the court for an Order for enlargement of time to June 7, 2010 in which to file an answer or motion under Fed. R. Civ. P. 12(b) in accordance with NELR 6.1(a).

Defendant shows to the court that it was served on April 28, 2010, and its answer day is May 18, 2010, and therefore this request is filed before the original date for service of a responsive pleading.

PIERCE ELEVATOR, INC. Defendant

By: PERRY, GUTHERY, HAASE
& GESSFORD, P.C., L.L.O.

By:  /s/ John M. Guthery
John M. Guthery, #11638
Derek A. Aldridge #23541
233 South 13th Street, Suite 1400
Lincoln, Nebraska 68508
Telephone: (402) 476-9200
Facsimile: (402) 476-0094
jguthery@perrylawfirm.com
daldridge@perrylawfirm.com

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on May 14, 2010, he filed **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR PLEAD** with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF filing system which sent notice to the following participants: Terry R. Wittler and Richard P. Garden, counsel for Plaintiff's.

  The undersigned further certifies that on May 14, 2010 he forwarded a copy of **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR PLEAD** to the following Non CM/ECF participants by depositing a copy in the United States mail, postage prepaid: None.

                /s/ John M. Guthery
                John M. Guthery