IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITY NATIONAL BANK, and<br>FIRST LAUREL SECURITY COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PIERCE ELEVATOR, INC.,<br><br>　　　　　Defendant. | Case No. 4:10-cv-03074<br><br><br>STIPULATION FOR<br>DISMISSAL WITHOUT<br>PREJUDICE |

Pursuant to Fed. Civ. Pro. Rule 41(a)(1)(A)(ii) the plaintiffs and defendant stipulate that the above referenced action may be dismissed without prejudice, each party to pay its own costs, attorneys' docket fee and complete record being waived.

　　　　　　　　　　　　SECURITY NATIONAL BANK, and
　　　　　　　　　　　　FIRST LAUREL SECURITY COMPANY,
　　　　　　　　　　　　Plaintiffs

　　　　　　　　　　　　By:　Terry R. Wittler - #15584
　　　　　　　　　　　　　　　Richard P. Garden, Jr. - #17685
　　　　　　　　　　　　　　　CLINE WILLIAMS
　　　　　　　　　　　　　　　WRIGHT JOHNSON & OLDFATHER, L.L.P.
　　　　　　　　　　　　　　　1900 U.S. Bank Building
　　　　　　　　　　　　　　　233 South 13th Street
　　　　　　　　　　　　　　　Lincoln, NE 68508-2095
　　　　　　　　　　　　　　　(402) 474-6900


　　　　　　　　　　　　By:　 /s/ Terry R. Wittler
　　　　　　　　　　　　　　　Terry R. Wittler - #15584

1237329.1

PIERCE ELEVATOR, INC.,
Defendant

By: John M. Guthery - #11638
    Derek A. Aldridge - #23541
    PERRY, GUTHERY, HAASE
    & GESSFORD, P.C., L.L.O.
    233 South 13th Street, Suite 1400
    Lincoln, NE 68508
    (402) 476-9200


By: /s/ John M. Guthery
    John M. Guthery - #11638


## CERTIFICATE OF SERVICE

I hereby certify I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties this 26th day of June, 2010.

    /s/ Terry R. Wittler
    Terry R. Wittler