IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITY NATIONAL BANK and FIRST LAUREL SECURITY COMPANY, | ) ) ) ) | 4:10CV3074 |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| PIERCE ELEVATOR, INC., | ) ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 13) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice, each party to pay their own costs.

June 28, 2010.                          BY THE COURT:

*Richard G. Kopf*
United States District Judge